UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD BIGELOW<br><br>                              Plaintiff,<br><br>  - against -<br><br>JERRICK VENTURES, LLC<br><br>                              Defendant. | Docket No. 1:20-cv-01412-AJN |

## [PROPOSED] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Todd Bigelow ("Plaintiff")'s motion for entry of a default judgment against defendant Jerrick Ventures, LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $5,000.00 in statutory damages for copyright infringement, $722.50 in attorneys' fees, and $440.00 in costs plus interest.

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application on _____, _____ and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Application for Entry of Default Judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $5,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $722.50 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: _____                                  **SO ORDERED.**


                                                                                    _____
                                                                                    Alison J. Nathan (U.S.D.J.)