**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Todd Bigelow,

        Plaintiff,

20 **CIVIL** 1412 (AJN)

-against-

**DEFAULT JUDGMENT**

Jerrick Ventures, LLC,

        Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated July 2, 2021, Plaintiff's motion for default judgment is GRANTED. Judgment is entered against Defendant in the amount of $5,000 for the Copyright Act infringement, and the Court also awards $722.50 in attorney's fees and $440 in costs; accordingly, this case is closed.

**DATED**: New York, New York
        July 6, 2021

                            **RUBY J. KRAJICK**
                                Clerk of Court

                    **BY**: _____
                                **Deputy Clerk**